

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

David Charles Davidson, Appellant

No. 06-12-00148-CR        v.

The State of Texas, Appellee

Appeal from the 102nd District Court of Red River County, Texas (Tr. Ct. No. CR01645). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, David Charles Davidson, pay all costs of this appeal.

RENDERED FEBRUARY 8, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk